# STATEMENT OF FACTS

On or about September 9, 2013, while in the 2500 block of Alabama Avenue, S.E., Washington, D.C., officers conducted a traffic stop. While talking to the driver of the vehicle, an officer smelled an odor of marijuana. Officers asked occupants to exit the vehicle. Officers attempted to pat front seat passenger, Christopher Powell down and at which time he resisted officers. While struggling with officers, the defendant reached for his waistband area several times. After handcuffing the defendant, officers recovered a loaded Smith and Wesson .40 caliber semi-automatic pistol from the defendant's waist band area. To the best of the undersigned officer's knowledge, defendant Christopher Powell, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Case Nos. 2006-CF2-013242 and 2004-FEL-006823. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Smith & Wesson .40 caliber semi-automatic handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER JORDAN KATZ
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF SEPTEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE